722 A.2d 527

IN THE MATTER OF HOWARD J. HOFFMANN,
AN ATTORNEY AT LAW.

January 13, 1999.

## ORDER

The Disciplinary Review Board on September 1, 1998, having
filed with the Court its decision concluding that **HOWARD J.
HOFFMANN,** formerly of **WEST NEW YORK,** who was admit-
ted to the bar of this State in 1976, should be suspended from the
practice of law for a period of three months, for violating *RPC*
1.4(a) (failure to communicate), *RPC* 8.1(b) (failure to cooperate
with the ethics authorities) and *RPC* 8.4(a) (conduct involving
dishonesty, fraud, deceit, or misrepresentation), and good cause
appearing;

It is ORDERED that **HOWARD J. HOFFMANN** is suspended
from the practice of law for a period of three months, and until
further Order of the Court, effective February 8, 1999; and it is
further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent be restrained and enjoined from
practicing law during the period of his suspension and that he
comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.